UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO: 5:22-CV-00174-JSM-PRL

JUSTINE GUILLEN,

    Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and HYUNDAI CAPITAL AMERICA, INC.,

    Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax" or "Defendant"), by its counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01, respectfully requests an extension of time, through and including May 10, 2022, to respond to Plaintiff Justine Guillen's Complaint, and in support thereof states:

1.    On April 1, 2022, Plaintiff filed a Complaint in the United States District Court for the Middle District of Florida. (ECF No. 1)

2. Equifax was served via process service on its registered agent, Corporation Service Company, on April 5, 2022.

3. Pursuant to Federal Rules of Civil Procedure 8 and 12, Equifax's response to Plaintiff's Complaint is currently due on April 26, 2022.

4. Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. Accordingly, Equifax respectfully requests an extension of the deadline to respond to Plaintiff's Complaint, up to and including May 10, 2022.

5. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Equifax sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, confer with counsel, and prepare its response. This is Defendant Equifax's first request for an extension of time.

WHEREFORE, Equifax respectfully requests that this Court grant its request for an extension of time to respond to Plaintiff's Complaint, up to and including May 10, 2022.

## RULE 3.01 CERTIFICATION

As required by Local Rule 3.01(g), Equifax has conferred with Plaintiff's counsel, who has advised that Plaintiff does not oppose the requested extension of time.

DATED:  April 20, 2022

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By:  */s/ Jason Daniel Joffe*
     Jason Daniel Joffe
     Florida Bar No. 0013564
     200 S. Biscayne Blvd., Suite 3400
     Miami, FL  33131
     Telephone:  (305) 577-7000
     Facsimile:  (305) 577-7001
     Email:  jason.joffe@squirepb.com

*Counsel for Defendant*
*Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Jason Daniel Joffe*
Jason Daniel Joffe

010-9370-5628/1/AMERICAS

3