UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUSTINE GUILLEN,

    Plaintiff,

v.                                    Case No: 5:22-cv-174-JSM-PRL

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

_____

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Dismissal with Prejudice as to Experian Information Solutions, Inc. (Dkt. 39). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice as to Experian Information Solutions, Inc., with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of August, 2022.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record